# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## CENTRAL DIVISION

IN RE:

**SANDRA A. BRADLEY**  Chapter 13
Case no. 18-41840-EDK

## DEBTOR'S MOTION TO AMEND CREDITOR MATRIX

NOW COMES the Debtor, Sandra A. Bradley, to request this Honorable Court's permission to amend her Creditor Matrix. As grounds therefore the Debtor states the following:

1. The Debtor filed a skeleton Chapter 13 proceeding on October 5, 2018.
2. The Debtor has attended her § 341 meeting.
3. Debtor's original counsel filed a Matrix with only a single creditor.
4. It is in the best interest of all parties to file a complete and accurate Matrix.

WHEREFORE, the Debtor requests that this Honorable Court allow the Debtor to Amend her Creditor Matrix.

Respectfully Submitted,
Sandra A. Bradley,
By her attorney,

/s/ *Wendy M. Mead*
Wendy M. Mead
BBO 635333
Wendy M. Mead, PC
11 Pleasant Street, ste 30
Worcester, MA 01609
T (508) 751-0200
F (508) 751-0201
wmead@meadlawoffice.com

# CERTIFICATE OF SERVICE

I, Wendy M. Mead, hereby certify that, on November 15, 2018, I served a true and correct copy of the foregoing document by first class mail, postage prepaid, unless otherwise noted, upon each of the parties on the attached list not noted as having received electronic notice on the electronic filing receipt.

/s/ *Wendy M. Mead*
Wendy M. Mead

Office of the United States Trustee
446 Main Street
Worcester, MA 01608

Chapter 13 Trustee
PO Box 16607
Worcester, MA 01601

Sandra A. Bradley
99 Upper Gore Road
Webster, MA 01570

Care Credit
PO Box 965036
Orlando, FL 32896

Mass Housing
One Beacon Street
Boston, MA 02108

National Grid
PO Box 960
Northborough, MA 01532

Rainbow RFFC
2912 West Davis Street
Bldg 200
Conroe, TX 77304

St. Marys Credit Union
293 Boston Post Road
Marlborough, MA 01752

*Exhibit A – Amended Matrix*

Care Credit
PO Box 965036
Orlando, FL 32896

Mass Housing
One Beacon Street
Boston, MA 02108

National Grid
PO Box 960
Northborough, MA 01532

Rainbow RFFC
2912 West Davis Street
Bldg 200
Conroe, TX 77304

St. Marys Credit Union
293 Boston Post Road
Marlborough, MA 01752