# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# WORCESTER DIVISION

|  |  |  |
|---|---|---|
| In re | ) | Chapter 13 |
|  | ) |  |
| SANDRA A BRADLEY, | ) | Case No. 18-41840 |
| Debtor(s) | ) |  |
|  | ) | BANKRUPTCY JUDGE |
|  | ) |  |

## REQUEST OF PRA RECEIVABLES MANAGEMENT, LLC
## FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)

PLEASE TAKE NOTICE that PRA Receivables Management, LLC, as authorized agent for Synchrony Bank (Care Credit [Last four digit of account:0925]), a creditor in the above-captioned chapter 13 case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules) and sections 102(1), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (as amended, the Bankruptcy Code), that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, on:

        Synchrony Bank
        c/o PRA Receivables Management, LLC
        PO Box 41021
        Norfolk, VA 23541
        Telephone: (877) 829-8298
        Facsimile: (757) 351-3257
        E-mail: claims@recoverycorp.com

Dated: Norfolk, Virginia
October 15, 2018

        By: /s/ Valerie Smith

        Valerie Smith
        c/o PRA Receivables Management, LLC
        Senior Manager
        PO Box 41021
        Norfolk, VA 23541
        (877) 829-8298

Assignee Creditor: Care Credit [Last four digit of account:0925]